SEALED

FILED
JUN 0 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) mobile-phone account IDENTIFIED BY 916-501-7699 | CASE NO. 2:18-SW-0480-CKD<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |
|---|---|

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Sprint Corp., an electronic communications service provider and/or a remote computing service located in Overland Park, KS, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. See 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Sprint Corp. shall, within

1  ten days of the date of this Order, disclose to the United States the records and other information
2  described in Attachment A to this Order.
3        IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Sprint Corp. shall not disclose the
4  existence of the application of the United States, or the existence of this Order of the Court, to the
5  subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date
6  of the order, unless extended, except that Sprint Corp. may disclose this Order to an attorney for Sprint
7  Corp. for the purpose of receiving legal advice.

Dated: 5/31/2018

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

# **ATTACHMENT A**

## I.    The Account(s)

The Order applies to certain records and information associated with the mobile-phone account identified by 916-501-7699.

## II.    Records and Other Information to Be Disclosed

Sprint Corp. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period 11/01/2015 to 4/04/2017:

A.   The following information about the customers or subscribers of the Account:
  1. Names (including subscriber names, user names, and screen names);
  2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
  3. Local and long distance telephone connection records;
  4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
  5. Length of service (including start date) and types of service utilized;
  6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
  7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
  8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.   All records and other information (not including the contents of communications) relating to the Account, including:
  1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
  2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and
  3. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account.